**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2960 Disciplinary Docket No. 3 |
| | : | |
| | : | |
| Petitioner | : | No. 33 DB 2023 |
| | : | |
| v. | : | |
| | : | Attorney Registration No. 323786 |
| | : | |
| ERIC J. LANDES, | : | |
| | : | (Montgomery County) |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of March, 2023, upon consideration of the Verified Statement of Resignation, Eric J. Landes is disbarred on consent from the Bar of this Commonwealth. *See* Pa.R.D.E. 215. Respondent shall comply with the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).